**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


JULIO GUERRERO                                  :
                                                :          **CIVIL ACTION**
        v.                                      :          No. 25-3773
                                                :
AGENCY INSURANCE                                :
COMPANY OF MARYLAND, INC.                        :

### ORDER

This 27th day of May, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 15, is **DENIED** as to whether Plaintiff' is entitled to claim underinsured motorist benefits under the subject policy, because there are sufficient facts from which a jury could reasonably find that he was "occupying" the vehicle when struck. Defendant's motion is **GRANTED** with respect to Plaintiff's status as an insured, because a jury could not reasonably find that he is entitled to claim stacked benefits.


                                         /s/ Gerald Austin McHugh
                                        United States District Judge